1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
3 | Designated Counsel for Service
MICHAEL BENSON
4 | Certified Student Attorney
801 I Street, 3rd Floor
5 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NYKIEM JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-133-CKD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| NYKIEM JONES, | ) | Date: July 12 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Carolyn K. Delaney |
| | ) | |
| _____ | ) | |

For good cause, pursuant to Fed.R.Crimp.P. 43(b)(2) the defendant, NYKIEM JONES, will be permitted to waive his personal appearance at his change of plea on July 12, 2012 at 9:30 a.m. before this Court and shall appear telephonically.

////

////

////

IT IS SO ORDERED.

Dated: 7/10/12           /s/Carolyn K. Delaney
                         HON. CAROLYN K. DELANEY
                         United States Magistrate Judge

Order                      -2-